*Judge McKeown*

## United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  October 14, 2005

To:  United States Court of Appeals   Attn:  (✓)  Civil
     For the Ninth Circuit
     Office of the Clerk   ( )  Criminal
     95 Seventh Street
     San Francisco, California 94103   ( )  Judge

**RECEIVED**
CLERK U.S. DISTRICT COURT
SEP 18 2006
DISTRICT OF HAWAII

From:  United States District Court
     300 Ala Moana Blvd. Room C-338
     Honolulu, Hawaii 96813

DC No:   Civil 04-00528 DAE     Appeal No:   05-15035

Short Title:   Turtle Island Restoration v. US Depart of Commerce

- Clerk's Files in   4   volumes  (✓) original  ( ) certified copy
- Bulky docs   3   pocket files #03, 04, 05 with docket # 11-13, 14-17, 18
- Reporter's Transcripts   1   volumes  (✓) original  10/12/04

Other:
-certified copy of docket sheet

Acknowledgment: _____   Date: _____

cc: all counsel and or/parties of record



BOX 1 of 2

67

United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: October 14, 2005

To: United States Court of Appeals    Attn: (✓)  Civil
    For the Ninth Circuit
    Office of the Clerk                      ( )  Criminal
    95 Seventh Street
    San Francisco, California 94103          ( )  Judge

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 18 2006
DISTRICT OF HAWAII

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        Civil 04-00528 DAE         Appeal No:    05-15035
Short Title:  Turtle Island Restoration v. US Depart of Commerce

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes (✓) original ( ) certified copy |
| Bulky docs | 3 | pocket files #03, 04, 05 with docket # 11-13, 14-17, 18 |
| Reporter's Transcripts | 1 | volumes (✓) original 10/12/04 |

Other:
-certified copy of docket sheet

Acknowledgment: _WadiBeck_____  Date: 10/20/05

cc: all counsel and or/parties of record

BOX 2 of 2
DOC #18

67

 

**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103**

# MEMORANDUM

Date:     October 7, 2005

TO:       Clerk's Office
          USDC Hawaii (Honolulu)

FROM:     Steve Seferian, Supervisor

SUBJECT:  Request for Record on Appeal

**RECEIVED**
CLERK, U.S. DISTRICT COURT
OCT 0 7 2005
DISTRICT OF HAWAII

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 05-15035 | Turtle Island Rest. v. DOC | CV-04-00528-DAE |

**Please send record directly to:**

Judge MARY M. MCKEOWN
U.S. COURT OF APPEALS
401 WEST A STREET, SUITE 2000
SAN DIEGO CA 92101